# United States District Court
# Central District of California

| | |
|---|---|
| RONALD TIZENOR,<br><br>    Plaintiff,<br><br>    v.<br><br>ZIMMER, INC.; ZIMMER HOLDINGS INC.; ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.; and DOES 1–10, inclusive,<br><br>    Defendants. | Case № 5:16-cv-00453-ODW (E)<br><br>**ORDER TO SHOW CAUSE RE: POTENTIAL TRANSFER TO MULTIDISTRICT LITIGATION COURT, MDL NO. 2272** |

In the interest of efficiency and continuity, the Judicial Panel on Multidistrict Litigation created MDL No. 2272, *In Re: Zimmer Nexgen Knee Implant Products Liability Litigation*, on August 20, 2011. The Panel's Transfer Order designated the Northern District of Illinois as the transferee court named The Honorable Rebecca R. Pallmeyer as the presiding judge for the litigation. MDL 2272, United States District Court, Northern District of Illinois, http://www.ilnd.uscourts.gov/mdl-details.aspx?WNesDQBcWakSF/4TSCIYmQ==.

This Court now asks the parties if the case at bar involves such common questions of fact with the motions transferred to MDL No. 2272 that transfer to the

MDL court in the Northern District of Illinois is now appropriate. Alternatively, parties are to explain why, in the face of any commonalities between this action and those under the MDL, this matter should remain before this Court.

Parties are to respond, in writing, to the above questions, including by joint stipulation, by April 11, 2016. A request by Defendant for the Judicial Panel to transfer the case at bar under Judicial Panel on Multidistrict Litigation Rule 7.1(a) will be considered a valid response to this Order.

All other dates and deadlines in this action **REMAIN** on calendar.

**IT IS SO ORDERED.**

March 28, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**